# UNITED STATES DISTRICT COURT

for the

Eastern District of North Carolina

| | | |
|---|---|---|
| Laura Lieberman | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   5:14-cv-00454-FL |
| Eric Goins et al | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Laura Lieberman   .

Date:     08/12/2014

/s/David C. Sutton
*Attorney's signature*

David C. Sutton NC Bar No. 29825
*Printed name and bar number*

105-B Regency Boulevard
Greenville NC 27834

*Address*

lawyer1@davecsuttonlaw.com
*E-mail address*

(252) 756-7124
*Telephone number*

(252) 565-1662
*FAX number*