UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Civil Action No. 5:14-cv-00454-FL

| | |
|---|---|
| LAURA LIEBERMAN,<br><br>                 Plaintiff,<br><br>     v.<br><br>ERIC GOINS, in his individual capacity, TYLER MCNEILL, in his individual capacity, ANITRA PEACOCK, in her individual capacity, DAPHNE SHEPARD, in her individual capacity, WAYNE COUNTY OFFICE OF EMERGENCY SERVICES, COUNTY OF WAYNE, NORTH CAROLINA, and CITY OF GOLDSBORO, NORTH CAROLINA,<br><br>                 Defendants. | **NOTICE OF APPEARANCE** |

COMES NOW the undersigned attorney, Dan M. Hartzog Jr., and hereby gives notice of appearance as counsel of record for Defendants Eric Goins, Tyler McNeill, and City of Goldsboro, in the above-captioned case.

This the 2nd day of September, 2014.

                                                /s/ DAN M. HARTZOG JR.
                                                N.C. State Bar No. 35330
                                                Attorneys for Defendants Eric Goins, Tyler
                                                   McNeill, and City of Goldsboro
                                                CRANFILL SUMNER & HARTZOG LLP
                                                Post Office Box 27808
                                                Raleigh, North Carolina 27611-7808
                                                Telephone: 919/828-5100
                                                Facsimile: 919/828-2277
                                                Email: dhartzogjr@cshlaw.com

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:14-cv-00454-FL

| | |
|---|---|
| LAURA LIEBERMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ERIC GOINS, in his individual capacity, ) | |
| TYLER MCNEILL, in his individual ) | |
| capacity, ANITRA PEACOCK, in her ) | **CERTIFICATE OF SERVICE** |
| individual capacity, DAPHNE SHEPARD, ) | |
| in her individual capacity, WAYNE ) | |
| COUNTY OFFICE OF EMERGENCY ) | |
| SERVICES, COUNTY OF WAYNE, ) | |
| NORTH CAROLINA, and CITY OF ) | |
| GOLDSBORO, NORTH CAROLINA, ) | |
| ) | |
| Defendants. ) | |

I hereby certify that on September 2, 2014, I electronically filed the foregoing *Notice of Appearance* with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following: David C. Sutton at lawyer1@davecsuttonlaw.com.

/s/ DAN M. HARTZOG JR.
N.C. State Bar No. 35330
Email: dhartzogjr@cshlaw.com
Attorneys for Defendant Eric Goins, Tyler McNeill,
  and City of Goldsboro, North Carolina
CRANFILL SUMNER & HARTZOG LLP
Post Office Box 27808
Raleigh, North Carolina 27611-7808
Telephone: 919/828-5100
Facsimile: 919/828-2277