UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Civil Action No. 5:14-cv-00454-FL

| | |
|---|---|
| LAURA LIEBERMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ERIC GOINS, in his individual capacity, | ) |
| TYLER MCNEILL, in his individual | ) |
| capacity, ANITRA PEACOCK, in her | ) **ORDER** |
| individual capacity, DAPHNE SHEPARD, | ) |
| in her individual capacity, WAYNE | ) |
| COUNTY OFFICE OF EMERGENCY | ) |
| SERVICES, COUNTY OF WAYNE, | ) |
| NORTH CAROLINA, and CITY OF | ) |
| GOLDSBORO, NORTH CAROLINA, | ) |
| | ) |
| Defendants. | ) |

In the above-entitled action, the parties have jointly and for good cause shown made application for additional time within which to conduct an initial discovery conference pursuant to Rule 26(f) and submit a discovery plan.

IT IS NOW ORDERED that the parties be and are hereby granted an extension of time of up to 60 days for the parties to conduct an initial discovery conference pursuant to Rule 26(f), and to submit a proposed discovery plan.

This the 24th day of November, 2014.

_____
JUDGE LOUISE WOOD FLANAGAN