IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:14-CV-454-FL

| | |
|---|---|
| LAURA LIEBERMAN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ERIC GOINS, in his individual )<br>capacity; TYLER MCNEILL, in his )<br>individual capacity; ANITRA )<br>PEACOCK, in her individual capacity; )<br>DAPHNE SHEPARD, in her individual )<br>capacity; WAYNE COUNTY OFFICE )<br>OF EMERGENCY SERVICES; )<br>COUNTY OF WAYNE, NORTH )<br>CAROLINA; and CITY OF )<br>GOLDSBORO, )<br>)<br>Defendants. ) | ORDER |

As noted by the parties, David Sutton is the subject of disciplinary action taken by the North Carolina State Bar, with an order having been entered November 13, 2014, allowing him 30 days to wind up his practice. On November 24, 2014, the court issued order granting the parties' motion for an extension of time to conduct an initial discovery conference pursuant to Federal Rule of Civil Procedure 26(f), and to submit a proposed discovery plan, premised upon the status of Mr. Sutton. The discovery plan is now due by January 27, 2015, as set forth in prior order.

Pending before the court is a motion to dismiss filed by defendant Wayne County Office of Emergency Services, filed October 21, 2014 (DE 26). The November 27, 2014, deadline for plaintiff to respond to this motion has passed, with no response being made. No mention was made

of that fact in the joint motion to continue, however. Of its own initiative, the court extends plaintiff's response time to that motion also to **January 27, 2015.**

Where plaintiff's counsel was disbarred from the practice of law in North Carolina based upon a finding that he engaged in professional misconduct warranting disbarment, Case No. 13-DHC-11, Disciplinary Hearing Commission of the North Carolina State Bar, within the time allotted as provided in the hearing commission's November 13, 2014, order, and not later than December 14, 2014, plaintiff's counsel shall file a notice of withdrawal in this case. In addition, counsel is ordered to include in the notice 1) current contact information for plaintiff, including service address; together with 2) proof of counsel's compliance with Section .0124's notice requirement. New counsel for plaintiff promptly shall file a notice of appearance.

SO ORDERED, this the 2nd day of December, 2014.

LOUISE W. FLANAGAN
United States District Judge

2

Case 5:14-cv-00454-FL   Document 36   Filed 12/03/14   Page 2 of 2